UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>EMANUEL HAILE and<br>HERMAN FESSEHAI,<br><br>               Defendants. | 8:15CR25<br><br>FINAL ORDER OF FORFEITURE |

       This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 72). The Court has reviewed the record in this case and finds as follows:

       1. On June 22, 2015, this Court entered a Preliminary Order of Forfeiture (Filing No. 54) pursuant to the provisions of Title 18, United States Code, Sections 1029(a)(3) and (c)(1)(A)(i), based upon the defendants' pleas of guilty to Count I and the Forfeiture Allegation of the Information filed herein. By way of said Preliminary Order of Forfeiture, the defendants' interest in the following properties was forfeited to the United States:

    1.    HP Pavillion 4 Laptop S/N:CND0122944
    2.    HP 2000 Laptop S/N:5CG3510SMF
    3.    KING SOOPERS #127 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:1,000.00 Serial Number: 17-022186700
    4.    KING SOOPERS #127 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:500.00 Serial Number: 17-022186702
    5.    KING SOOPERS #90 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:500.00 Serial Number: 17-079542979
    6.    KING SOOPERS #65 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:500.00 Serial Number: 17-079594190
    7.    KING SOOPERS #96 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:399.00 Serial Number: 17-048254004
    8.    KING SOOPERS #39 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:399.00 Serial Number: 17-048251169

9. KING SOOPERS #39 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:399.00 Serial Number: 17-048251168
10. KING SOOPERS #29 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:399.00 Serial Number: 17-048052992
11. KING SOOPERS #29 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:399.00 Serial Number: 17-048052993
12. KING SOOPERS #101 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:399.00 Serial Number: 17-022032112
13. KING SOOPERS #24 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:399.00 Serial Number: 17-048194635
14. KING SOOPERS #39 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:399.00 Serial Number: 17-048251173
15. KING SOOPERS #39 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:399.00 Serial Number: 17-0480251172
16. KING SOOPERS #39 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:399.00 Serial Number: 17-048251171
17. KING SOOPERS #39 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:399.00 Serial Number: 17-0480251170
18. KING SOOPERS #35 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:349.00 Serial Number: 17-048295140
19. KING SOOPERS #24 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:349.00 Serial Number: 17-048194634
20. KING SOOPERS #35 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:199.00 Serial Number: 17-048295141
21. KING SOOPERS #20 WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount:199.00 Serial Number: 17-048327440
22. KING SOOPERS WESTERN UNION MONEY ORDER Bank: WESTERN UNION Amount: 249.00 Serial Number: 17-048008782
23. CARD ENDING 552 Issuer: TARGET
24. CARD ENDING 1817 Issuer: STARBUCKS
25. CARD ENDING 6897 Issuer: BED BATH & BEYOND
26. CARD ENDING 8359 Issuer: STARBUCKS
27. CARD ENDING 3183 Issuer: BED BATH & BEYOND
28. BLACK GARMIN GPS SYSTEM W/ POWER CORD Make:GARMIN Serial Number:145-01615-10
29. BLACK IPOD Make:APPLE Model:IPOD Serial Number:CCQL6FZCFFCJ
30. BLACK CAMCORDER Make:SAMSUNG Model:HMX-W300 Serial Number:A231CN0CB000CXV
31. BLACK & RED CAMCORDER Make:SAMSUNG Model:HMX-W300 Serial Number:A22VCN1D50010SH
32. EXEBA COMM PROGRAM CD
33. $9,890 in United States Currency seized from defendants.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 9, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on December 16, 2015 (Filing No. 71).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS ORDERED, ADJUDGED AND DECREED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in the above properties, held by any person or entity, are hereby forever barred and foreclosed.

C. The aforementioned properties described above, be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 18th day of December, 2015.

**BY THE COURT:**

**/s/ Lyle E. Strom**
_____
**LYLE E. STROM, Senior Judge**
**United States District Court**